IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEREMY KENNEDY,** **PLAINTIFF**

v. Case No. 3:22-CV-00317-JM-JTK

**JASON TUBBS,** *et al.* **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 20th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE